1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

10    CITY OF SAN JOSE,                          CASE NO. 5:15-cv-03178-EJD

11                    Plaintiff,                 Assigned to Judge Edward J. Davila
                                                 Courtroom 4 (5th Floor)
12            v.
                                                 **[PROPOSED] ORDER GRANTING**
13    MONSANTO COMPANY, et al.,                  **DEFENDANTS' ADMINISTRATIVE**
                                                 **MOTION TO CORRECT ORDER**
14                    Defendants.                **DENYING DEFENDANTS' MOTION**
                                                 **TO DISMISS**
15
                                                 Date:
16                                               Time:
                                                 File Date:     July 8, 2015
17                                               Trial Date:    N/A

18                                               CASE NO. 5:15-cv-05152-EJD
19    CITY OF OAKLAND,                           *(Related Case)*

20                    Plaintiff,

21            v.

      MONSANTO COMPANY, et al.,
22
                      Defendants.
23                                               CASE NO. 5:16-cv-00071-EJD
24    CITY OF BERKELEY,                          *(Related Case)*

25                    Plaintiff,
              v.
26
      MONSANTO COMPANY, et al.,
27
                      Defendants.
28

1    Having considered (i) the administrative motion by Defendants Monsanto Company,

2    Solutia Inc., and Pharmacia LLC (collectively "Defendants") to correct the order denying

3    Defendants' Motion to Dismiss, (ii) the relevant authority, and (iii) good cause appearing, IT IS

4    HEREBY ORDERED THAT the Motion to Correct Order is GRANTED, and the following

5    sentence on page 7:2-3 of the Court's February 3, 2017 Order (San Jose Dkt. No.121; Oakland

6    Dkt. No. 96; Berkeley Dkt. No. 87):

7               *Rather, as Monsanto described it, stormwater management is a*
                *"complicated web of hydrology," (Jan. 26, 2017, Hr'g Tr. at*
8               *15:14–15), involving capture, filtration, permeation, and discharge*
                *of rainfall and dry weather runoff*
9

10   shall be modified to read:

11              *As the Cities described it, stormwater management is a*
                *complicated web of hydrology, involving capture, filtration,*
12              *permeation, and discharge of rainfall and dry weather runoff.*

13        IT IS SO ORDERED.

14

15   DATED: _____February 21, 2017_____          _____
                                                      The Honorable Edward J. Davila
16                                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28