1  LATHAM & WATKINS LLP
   Robert M. Howard (Bar No. 145870)
2  Kelly E. Richardson (Bar No. 210511)
   Jennifer Casler-Goncalves (Bar No. 259438)
3  12670 High Bluff Drive
   San Diego, California  92130
4  Telephone:  858.523.5400
   Facsimile:  858.523.5450
5  Email:  robert.howard@lw.com
   Email:  kelly.richardson@lw.com
6  Email:  jennifer.casler@lw.com

7  Andrea M. Hogan (Bar No. 238209)
   505 Montgomery Street, Suite 2000
8  San Francisco, California  94111
   Telephone:  415.391.0600
9  Facsimile:  415.395.8095
   Email:  andrea.hogan@lw.com

   Attorneys for Defendants Monsanto Company,
11 Solutia Inc., and Pharmacia LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SAN JOSE,<br><br>    Plaintiff,<br><br>    v.<br><br>MONSANTO COMPANY, SOLUTIA INC., and PHARMACIA CORPORATION, and DOES 1 through 100,<br><br>    Defendants. | CASE NO.  5:15-cv-03178-EJD<br><br>File Date:  July 8, 2015  *As modified below*<br><br>**[~~PROPOSED~~] ORDER  GRANTING DEFENDANTS'** ***EX PARTE*** **MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CERTIFICATION OF ORDER FOR APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**<br><br>The Honorable Edward J. Davila |
| CITY OF OAKLAND,<br><br>    Plaintiff,<br>    v.<br><br>MONSANTO COMPANY, et al.,<br><br>    Defendants. | CASE NO. 5:15-cv-05152-EJD<br>*(Related Case)*<br><br>File Date: November 10, 2015 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

5:15-cv-03178-EJD; 5:15-cv-05152-EJD; 5:16-cv-0071-EJD
[PROPOSED] ORDER  GRANTING DEFS.'
MOTION TO ENLARGE TIME

| | |
|---|---|
| CITY OF BERKELEY,<br><br>        Plaintiff,<br>  v.<br><br>MONSANTO COMPANY, et al.,<br><br>        Defendants. | CASE NO. 5:16-cv-00071-EJD<br>*(Related Case)*<br><br>File Date: January 6, 2016 |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN DIEGO

CASE NO. 15-cv-03178-EJD
[PROPOSED] ORDER GRANTING DEFS.'
MOTION TO ENLARGE TIME

1    Defendants Monsanto Company, Solutia Inc., and Pharmacia LLC ("Defendants") have
2    requested an extension of time to file a Response to Plaintiffs' Motion for Certification of Order
3    for Appeal Pursuant to 28 U.S.C. § 1292(b). San Jose Dkt. No. 147; Oakland Dkt. No. 118;
4    Berkeley Dkt. No. 111 ("Motion for Certification of Appeal"). Having considered all papers
5    submitted in support of Defendants' *Ex Parte* Motion to Enlarge Time to Respond to Plaintiffs'
6    Motion for Certification of Appeal, all other pleadings and papers on file, and all arguments
7    presented by counsel, the Court HEREBY GRANTS Defendants' *Ex Parte* Motion to Enlarge
8    Time to Respond to Plaintiffs' Motion for Certification of Appeal. Defendants' Response to
9    Plaintiffs' Motion for Certification of Appeal shall be due on ~~November 17~~ September 14, 2017.

**IT IS SO ORDERED.**

Dated: August 29, 2017

_____
The Honorable Edward J. Davila
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

1

5:15-cv-03178-EJD; 5:15-cv-05152-EJD; 5:16-cv-0071-EJD
[PROPOSED] ORDER GRANTING DEFS.'
MOTION TO ENLARGE TIME